No. R69/9.—Samuel Shapiro & Co., Inc. v. United States, reappraisement R65/9122 (Baltimore).

In accordance with stipulation of counsel that the issue is the same in all material respects as that involved in *United States* v. *Gehrig, Hoban & Co., Inc.* (54 CCPA 129, C.A.D. 924), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the Eleroda D.1S sparking machine tool No. 10541, with accessories, and that said value is the appraised value, less the amount described on the invoice as "agent commission".

BEFORE CHIEF JUDGE RAO, MARCH 27, 1969

No. R69/10.—Lollytogs, Ltd. v. United States, reappraisement R62/6261 (New York).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of merchandise (children's wearing apparel) and that such value was the appraised unit value, net packed, less the commission of Swedish Trading Co., Ltd., of Hong Kong as indicated on the invoices.

BEFORE JUDGE FORD, MARCH 27, 1969

No. R69/11.—Standard Brands Paint Company, Inc. v. United States, reappraisements R66/14321, etc. (Los Angeles).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those involved in *Standard Brands Paint Co., Inc.* v. *United States* (59 Cust. Ct. 616, R.D. 11345), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the ceramic or glass tiles involved herein and that said value is the invoice unit prices, net packed.